26375.  SOUTHERN RAILWAY COMPANY v. GUNTER et al.

UNDERCOFLER, Justice. This appeal is from adverse rulings in a suit for mandamus. The transcript of the record was filed in this court on January 8, 1971, and the enumeration of errors was filed on February 1, 1971.

Under Rules 14 and 20, the enumeration of errors is required to be filed within 20 days from such docketing. No valid reason

has been offered for failure to comply with these rules. Accordingly, since there was a failure to perfect the appeal, the appeal must be

*Dismissed. All the Justices concur.*

ARGUED MARCH 8, 1971—DECIDED APRIL 8, 1971.

*Robinson, Buice, Harben & Strickland, Emory F. Robinson,* for appellant.

*Ellard & Frankum, Arthur K. Bolton, Attorney General, Gunter & McDonald, Jack N. Gunter, Linton K. Crawford,* for appellees.